**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**ANTHONY SWIFT**                                                       **PLAINTIFF**

**v.**                                                      **NO. 1:05CV279-M-D**

**BARRY STANFORD, ET AL.**                                      **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated April 15, 2008, and the April 21, 2008, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated April 15, 2008, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That judgment is hereby **ENTERED** for the defendant Barry Stanford.

3. That this case is **CLOSED.**

THIS, the 22nd day of April, 2008.

                                                     **/s/ MICHAEL P. MILLS**
                                                     **CHIEF JUDGE**
                                                     **UNITED STATES DISTRICT COURT**
                                                     **NORTHERN DISTRICT OF MISSISSIPPI**